### (September 17, 1953.)

∎

In the Matter of Orfeo Cardinali, an Attorney.— Resignation of the above-named Orfeo Cardinali accepted and his name ordered to be struck from the roll of attorneys.  Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.

∎

Selmar Garage Corp., Appellant, v. Rink Realty Corporation, Respondent, et al., Defendants.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Adel, MacCrate and Schmidt, JJ.; Beldock, J., not voting.  Motion for reargument denied, without costs.  Present — Nolan, P. J., Adel, Wenzel and MacCrate, JJ.; Beldock, J., not voting.  [See *ante,* p. 780.]

### (September 21, 1953.)

∎

M. I. Bernett, Inc., Appellant, v. Robert G. Bossert et al., Respondents. — Motion for leave to appeal to the Appellate Division granted.  Present — Nolan, P. J.. Adel, MacCrate, Schmidt and Beldock, JJ.

∎

Emma Branca et al., Respondents, v. Law-Syl Realty Corp., Appellant, et al., Defendants.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ.  Motion for reargument denied, with $10 costs.  Motion for leave to appeal to the Court of Appeals denied.  Present — Wenzel, Acting P. J., MacCrate, Schmidt and Beldock, JJ.  [See *ante,* p. 715.]

∎

Cameron Estates, Inc., Respondent, v. George T. Deering et al., Defendants, and Mary Stegmaier et al., Appellants.—Motion for leave to appeal to the Court of Appeals denied.  (See Civ. Prac. Act, § 588, subd. 1, par. [c]; *Whiting* v. *Hudson Trust Co.,* 234 N. Y. 576, and *Katapodis* v. *Ridge Contr. Co.,* 292 N. Y. 640.)  Present — Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ.  [See 281 App. Div. 985.]

∎

Cofire Paving Corporation, Respondent, v. Florence Braunsdorf, Individually and as One of the Executors of George W. Braunsdorf, Deceased, Appellant. —Motion for leave to appeal to the Appellate Division denied, without costs.  Motion to dispense with printing dismissed, without costs.  Present — Nolan, P. J., Adel, MacCrate, Schmidt and Beldock. JJ.

∎

Aaron A. Cohen, Appellant, v. Holbrooke Homes, Inc., et al., Respondents. — Motion to compel acceptance of notice of appeal denied, with $10 costs. (See Civ. Prac. Act, § 612.)  Present — Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ.

∎

Louis De Innocentes, Appellant, v. Stuyvesant Insurance Company, Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs.  Present — Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ.